ANNIE GOLD, as Administratrix, etc., of ABRAHAM GOLD, Deceased, Appellant, v. WESTERN NEW YORK MOTOR LINES, INC., Respondent.— On argument, order

granting motion for change of venue reversed upon the law, without costs, and motion denied, without costs, and without prejudice to renewal. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.